JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JITRADE, INC., a California Corporation;<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CNS AMERICA, INC., a California Corporation; CHANG OK KIM aka CINDY KIM, an individual; THE TIMING, INC., a California Corporation; SCOTT CHONGYANG KIM, an individual; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:19-cv-00628-DSF-GJS<br><br>**ORDER RE: STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Dale S. Fischer |

　　The parties having so stipulated and agreed, the above-referenced case is hereby dismissed without prejudice and without an award of costs or fees to any party. Each party shall bear their own costs and attorney fees.

IT IS SO ORDERED.

Dated: July 3, 2019

　　　　　　　　　　　　　　　　　　*Dale S. Fischer*
　　　　　　　　　　　　　　　　　　The Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　　United Stated District Judge

---
1
ORDER